IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRAFIL, INC.,                           2:10-CV-00904-JAM-EFB

    Plaintiff,                     ORDER GRANTING TEMPORARY
                                   RESTRAINING ORDER AND SETTING
  v.                                   HEARING ON MOTION FOR
                                   PRELIMINARY INJUNCTION
GENERAL PLASTICS CORPORATION,

    Defendant.
_____/

    This Court, having considered the papers and arguments submitted in connection with and in opposition to Plaintiff's Motion for Temporary Restraining Order, and good cause appearing therefore, finds as follows:

    Plaintiff has presented evidence that Defendant has breached its contract to sell and deliver 13,200 gallons of General Plastics Corporation's Genton 310 at a price of $23.30 per gallon.  The contract is evidence by Plaintiff's Purchase Order No. 26174-A and Defendant's Invoice No. 7111.  The evidence before the Court indicates a probability of success on

1

PDF created with pdfFactory trial version www.pdffactory.com

the merits in establishing Plaintiff's causes of action for breach of contract.  California Commercial Code Section 2716 gives Plaintiff the right to an order of specific performance in such circumstances.

Plaintiff has also provided substantial evidence that it is suffering, and will continue to suffer, irreparable harm absent a restraining order.  Plaintiff's evidence shows that Genton 310 is unique and, at least for a period of six months, irreplaceable.  Without supply of Genton 310, Plaintiff is unable to manufacture a model of carbon fiber that generates approximately $3 million per year in revenues and meet its obligations to its existing customers.

Compliance with the restraining order will, for the next ten (10) days only, move Defendants back toward the *status quo ante* the occurrence of the events that gave rise to this motion. Given these considerations, the balance of equities favors granting the motion.

IT IS HEREBY ORDERED THAT:

The Motion for Restraining Order is GRANTED as follows:

Defendants are Ordered to resume selling and delivering General Plastics Corporation's Genton 310 according to the quantities, delivery schedule, price and other terms set forth in Grafil's Purchase Order No. 26174-A.  Any shipments which Defendants were required to make between April 12, 2010 and May

2

PDF created with pdfFactory trial version www.pdffactory.com

7, 2010 should be made immediately.  No required shipments after May 7, 2010 shall be made absent further Order of this Court.

This Court has considered whether Plaintiff will be ordered to post a bond pursuant to Local Rules 151 and 231 and concludes no bond for the Temporary Restraining Order is required.  The Court reserves the right to require a bond if a preliminary injunction is issued.

This Order was issued on April 27, 2010 and will expire within ten days, unless extended by order of the Court or by consent of the parties.

Defendants may apply for a modification or dissolution of this order on two court day's notice, by personal service or other.

A hearing on Plaintiff's Motion for a Preliminary Injunction shall be held on May 7, 2010 at 10:30 AM in Courtroom 6.  Plaintiff may, but is not required to, file further briefing on the Motion for Preliminary Injunction no later than April 30, 2010.  Defendant's opposition shall be served and filed no later than May 4, 2010.  Plaintiff's Reply brief is due no later than 12:00 O'clock Noon on May 6, 2010.

IT IS SO ORDERED

DATED:  April 27, 2010

/s/ John A. Mendez_____
U. S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com