Jeffrey H. Ochrach [SBN 131027]
**LAW OFFICES OF JEFFREY H. OCHRACH**
3001 Douglas Boulevard, Suite 220
Roseville, California 95661
Telephone: 916-784-1200
Facsimile: 916-784-7099
JeffOchrach@ochrach.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| GRAFIL, INC. | Civil No. 2:10-CV-00904-JAM-DAD |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
| vs. | |
| GENERAL PLASTICS CORPORATION, | |
| Defendant. | |

It is hereby stipulated by and between the parties to this action, through their designated attorneys that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1); except, however, this Court retains and preserves jurisdiction to enforce the parties' August 10, 2010 Settlement and Release Agreement – in particular, Defendant's agreement to pay Plaintiff $44,282.49 for attorneys' fees – which Agreement is hereby incorporated as though fully set forth herein.

Dated: October __, 2010         LAW OFFICES OF JEFFREY H. OCHRACH

_____
Jeffrey H. Ochrach
Attorney for GRAFIL, INC.

1 | Dated: October __, 2010 | WINSTON & STRAWN LLP

_____
David Bloch
Attorney for GENERAL PLASTICS CORP.

**IT IS SO ORDERED.**

Dated: November 9, 2010 | /s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE